# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | DR:24-CR-00879(5)-AM |
| § | |
| (5) RICARDO KANEK ROJAS VAZQUEZ § | |

## ORDER SETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, April 20, 2026 at 01:30 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 13th day of January, 2026.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE